## 9796.  KEENE v. KENNEDY.

JENKINS, J.  Keene brought complaint in tort against Kennedy, alleging a wrongful personal injury inflicted upon the tenant of the petitioner, whereby special damage resulted to the plaintiff.  Upon the conclusion of the testimony the judge granted a nonsuit.  The evidence as to the amount of the alleged loss thus incurred by the plaintiff was not sufficiently definite or certain to authorize any verdict in his favor for special damages; while the testimony clearly indicates that the plaintiff in no way used or attempted to use the means at his disposal whereby he might have reduced or satisfied the damages claimed.

Judgment affirmed.  Wade, C. J., and Luke, J., concur.

DECIDED JANUARY 15, 1919.

Action for damages; from Laurens superior court—Judge Kent. April 25, 1918.

R. Earl Camp, for plaintiff.

Faircloth & Claxton, for defendant.

---

## 9839.  DAUE v. ROYAL MINING AND MILLING COMPANY.

WADE, C. J.  There was evidence to support the verdict, and none of the numerous special grounds of the motion for a new trial show such harmful error as to require a reversal.

Judgment affirmed.  Jenkins and Luke, JJ., concur.

DECIDED JANUARY 15, 1919.

Complaint; from Haralson superior court—Judge Bartlett. April 15, 1918.

Griffith & Matthews, Hutchins & McBride, for plaintiff in error.

Price Edwards, Lloyd Thomas, contra.